Case 2:18-mj-00824-DUTY   Document 4   Filed 04/24/18   Page 1 of 5   Page ID #:133
Case 2:18-mj-00824-DUTY *SEALED*   Document 2-1 *SEALED*   Filed 04/06/18   Page 1 of 12
Page ID #:77

AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT

ORIGINAL

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>18157 Gallineta Street, Rowland Heights, California, as<br>described in Attachment A | )<br>)<br>) Case No.   2:18-mj-00824<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

   See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

   See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.   Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____14 days from the date of its issuance_____

*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.

*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*      ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   4-6-18   12:05 pm         _____
                                                    *Judge's signature*

City and state:   LA, CA         ALKA SAGAR U.S Magistrate Judge
                                       *Printed name and title*

AUSA: Wesley Gorman, x.2589

Case 2:18-mj-00824-DUTY   Document 4   Filed 04/24/18   Page 2 of 5   Page ID #:134
Case 2:18-mj-00824-DUTY *SEALED*   Document 2-1 *SEALED*   Filed 04/06/18   Page 2 of 12
Page ID #:78

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| ***Return*** | | |
|---|---|---|
| Case No.:<br>2:18-mj-00824 | Date and time warrant executed:<br>4/10/2018    0600 | Copy of warrant and inventory left with:<br>John Ming WONG |
| Inventory made in the presence of :   John Ming WONG  ,  SA Doug Reisz | | |

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes).  If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

3 pages of search inventory attached

---

**Certification**  (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date:  4/10/2018

_____
Executing officer's signature

Joseph Park  Special Agent
Printed name and title

# Search Inventory

| Item# | Description | Quantity |
|-------|-------------|----------|
| 1 | Asus Laptop SN: HSNLCX016842187 | 1 |
| 2 | Dell Laptop SN: 8547516686 | 1 |
| 3 | Silver Asus Laptop SN: NXM1JAA002229065152000 | 1 |
| 4 | Black iPhone SN: 579CE3091A | 1 |
| 5 | Silver iPhone SN: FK3PF9NKG5QY | 1 |
| 6 | Red iPhone SN: F17RCMT1H2XR | 1 |
| 7 | Ruby Moon iPhone SN: DX3VNIQMHTVM | 1 |
| 8 | Pink iPhone SN: DX3V9GS0HTVM | 1 |
| 9 | Black/Gray iPhone SN: DX3TF8LZHTVM | 1 |
| 10 | Red iPhone SN: P17594AOH2XQ | 1 |
| 11 | Black iPhone SN: DX3V8VTNHTVM | 1 |
| 12 | mint iPhone SN: DX3TR915HTVM | 1 |
| 13 | Lavender iPhone SN: DX3VP5BOHTVM | 1 |
| 14 | Black iPhone SN: DX3VP5V5HTVM | 1 |
| 15 | Salmon iPhone SN: C39QKG5XGRX4 | 1 |
| 16 | Sky Blue iPhone SN: DX55MB6EFNJJ | 1 |
| 17 | Hot Pink iPhone SN: DXV9BOWHTVM | 1 |
| 18 | Baby Blue iPhone SN: DX3TW4HSHTVM | 1 |
| 19 | Off White iPhone SN: DX35MC5QFNJJ | 1 |
| 20 | iPhone SN: DX35C2NHFNJJ | 1 |
| 21 | Grape iPhone SN: DX3SCB53FNJJ | 1 |
| 22 | Light Green iPhone SN: DX3V8HW3HTVM | 1 |
| 23 | iPad SN: DYTL3BW3DFHW | 1 |

| | | |
|---|---|---|
| 24 | Purple Flower iPhone SN: DX35M2RFNJJ | 1 |
| 25 | Combat iPhone SN: DX35MOQVFNJJ | 1 |
| 26 | Mellon iPhone SN: F2LP79N3FNJJ | 1 |
| 27 | Metallic iPhone SN: DX35LOP1FNJJ | 1 |
| 28 | Fusia iPhone SN: DX3SY391FNJJ | 1 |
| 29 | Lavender II iPhone SN: DX35C8PNFNJJ | 1 |
| 30 | Silver iPhone SN: DX35C211FNJJ | 1 |
| 31 | Hot Orange iPhone SN: DX35C1MGFNJJ | 1 |
| 32 | Silver iPhone SN: DX3VM5P1HTVM | 1 |
| 33 | Brick Red iPhone SN: DX3TVEZ3HTVM | 1 |
| 34 | Sea Green iPhone SN: F17RCKA4H2XR | 1 |
| 35 | Silver/Black iPhone IMIE: 158355062362659 | 1 |
| 36 | Silver iPhone SN: DX3V9AVSHTVM | 1 |
| 37 | Silver iPhone SN: DX3TF9KRHTVM | 1 |
| 38 | Silver iPhone SN: DX3TW8WCHTVM | 1 |
| 39 | White iPhone SN: DX3TW6KCHTVM | 1 |
| 40 | Black/Silver iPhone IMIE: 356962062545062 | 1 |
| 41 | White/Silver iPhone SN: DX3TW78FHTVM | 1 |
| 42 | White/Silver iPhone SN: DX3V179SHTVM | 1 |
| 43 | Grey iPhone IMEI: 356965060190BC9 | 1 |
| 44 | Silver iPhone SN: DX3TVEZ3HTVM | 1 |
| 45 | Silver iPhone IMEI: 35696206164008 | 1 |
| 46 | Silver iPhone SN: DX3770YUHTVM | 1 |
| 47 | Green iPhone IMEI: 013978000034449 | 1 |
| 48 | Kingston 2GB Thumb drive | 1 |

| 49 | Memorex Thumb drive | 1 |
| 50 | Grey iPhone SN: DX35C8PNFNJJ | 1 |
| 51 | SanDisk Cruzer 4GB Thumb drive | 1 |
| 52 | SAP Thumb drive | 1 |
| 53 | SanDisk Bonus Thumb drive | 1 |
| 54 | Corner Office 2GB | 1 |
| 55 | Green SanDisk Cruzer 4GB Thumb drive | 1 |
| 56 | China Merchants Bank Thumb drive | 1 |
| 57 | DT101 32GB Thumb drive | 1 |
| 58 | Financial, property, notes, misc docs | 6 Boxes |
| 59 | Toshiba HD SN: 6ZLF2744T | 1 |
| 60 | Conner DH SN: AG32CJC | 1 |
| 61 | Sim Card | 12 |
| 62 | Pre-paid Visa Cards | 2 |
| 63 | Condoms | 176 |
| 64 | U.S. Currency $7,707.00 | 3 Bags |
| 65 | Money Orders (21 ea., 21,000.00 USD) | 1 Bag |
| 66 | HP Laptop SN: 2CE8372586 | |